IN THE MATTER OF ADRIAN DESPLAINES, AN IDIOT.

JOURNAL ENTRIES (1826): *Journal 4:* (1) Sale ordered *p. 123.
PAPERS IN FILE: (1) Petition; (2) affidavit of Charles Labadie; (3) certificate of probate judge; (4) draft of order authorizing sale.
*1824–36 Calendar,* MS p. 124.